IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Lynchburg__ DIVISION

__Patricia Marie Dudley__,

Plaintiff(s),

v.

__Diane Maupin__
__Ralph Maupin Jr.__

Defendant(s).
(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

Civil Action No.: __6:22cv00070__
(To be assigned by Clerk of District Court)

CLERK'S OFFICE U.S. DISTRICT COURT
AT LYNCHBURG, VA
FILED
NOV 07 2022
LAURA A. AUSTIN, CLERK
BY: /s/ _____
DEPUTY CLERK

## COMPLAINT

### PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

    a. Plaintiff No. 1

    Name: __Patricia Marie Dudley__

    Address: __1354 Chestnut Avenue, Buena Vista, VA 24416__

    Telephone Number: __540-319-8490__

    b. Plaintiff No. 2

    Name: _____

    Address: _____

    Telephone Number: _____

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: Diane Maupin

      Address: 124 Concord Place Waynesboro, VA 22980

   b. Defendant No. 2

      Name: Ralph Maupin Jr.

      Address: 5437 Claudia St. Crozet, VA 22932

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

☑ Federal Question        ☐ Diversity of Citizenship        ☐ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

   _____

   _____

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: _____  State of Citizenship: _____

Plaintiff No. 2: _____  State of Citizenship: _____

Defendant No. 1: _____  State of Citizenship: _____

Defendant No. 2: _____  State of Citizenship: _____

**Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached.** ☐

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. On or about 12/3/21 Diane Maupin told some slander/libel/defamation to Mckenzie Wyatt of DSS by telephone (copies attached)

On or about 12/3/21 Ralph Maupin Jr told some slander/libel/defamation to Mckenzie Wyatt of DSS by telephone (copies attached for evidence)

This has hurt me extremely bad (physically, emotionally & mentally)

Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached. ☐

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Whatever the courts can do I will accept.

DEMAND FOR JURY TRIAL:     ☑ YES     ☐ NO

Signed this ___3___ day of __Nov__, _22_.

Signature of Plaintiff No. 1 _Patricia Dudley_

Signature of Plaintiff No. 2 _____

**NOTE:** All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.